JOSEPH KAUFFMAN v. BOROUGH OF GLASSBORO.

September 21, 1982.

Petition for certification denied.   (See 181 *N.J.Super.* 273)

MERLE EVERS v. KENNETH DOLLINGER.

September 21, 1982.

Petition for certification granted.

H. ROSENBLUM, INC.

v.

JACK F. ADLER.

September 21, 1982.

Leave to appeal is granted.

STATE OF NEW JERSEY v. NEIL FOGLIA, JR., T/A
BAYONNE CINEMA CO.

September 28, 1982.

This matter having been duly considered and the Court having determined that certification was improvidently granted; It is ORDERED that the within appeals be and hereby are dismissed. Justices Schreiber and O'Hern dissent from the order.   (See 89 *N.J.* 436 (1982))